

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00249-CR

RUDY CORTINAS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court No. 1345818D, Honorable Elizabeth Berry, Presiding

September 8, 2015

## ABATEMENT AND REMAND

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Rudy Cortinas appeals his conviction for possessing a controlled substance. His court appointed attorney has filed a motion to withdraw as counsel. Furthermore, appellant's brief was due on August 26, 2015.

Accordingly, we abate this appeal and remand the cause to the 432nd District Court of Tarrant County (trial court) for further proceedings. Upon remand, the trial court shall determine the following:

1.  whether appellant desires to prosecute the appeal;

2. whether appellant is indigent;

3. whether counsel's motion to withdraw should be granted; and

4. whether new counsel should be appointed.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this court by October 8, 2015. If it is determined that appellant is indigent and new counsel should be appointed, the name, address, and phone number of any new counsel appointed shall be included in the aforementioned findings. Should further time be needed to perform these tasks, then same must be requested before October 8, 2015.

It is so ordered.

Per Curiam

Do not publish.